BEFORE THE FIRST DIVISION, NOVEMBER 9, 1945

**No. 50646.**—Protests 99398–K, etc., of Eastern Grocery Co. et al. (Los Angeles, etc.).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 9, 1945

**No. 50647.**—Protests 988746–G, etc., of Trinacria Importing Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.  In accordance therewith the protests were sustained as claimed.

BEFORE THE THIRD DIVISION, NOVEMBER 9, 1945

**No. 50648.**—Protests 38990–K/89554, etc., of Tatman, Inc., et al. (Chicago).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.  The protests were sustained to this extent.

**No. 50649.**—Protest 52880–K/12311 of Haspel Brothers, Inc. (New Orleans).

Opinion by EKWALL, J.  In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.  (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as

certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protest was sustained to this extent.

**No. 50650.**—Protests 117525–K, etc., of R. C. Williams & Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1945

**No. 50651.**—Protests 87177–K, etc., of J. H. Baxter & Co. et al. (San Francisco and Seattle).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 14, 1945

**No. 50652.**—Protest 118442-K of F. Blumenthal & Co. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

**No. 50653.**—Protests 810958–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

**No. 50654.**—Protests 68763–K, etc., of Gimbel Bros., Inc., et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50655.**—Protests 86565–K, etc., of MacDougalls of Inverness, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50656.**—Protests 103785–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).